**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 512 MAL 2018
                                  :
           Petitioner              :
                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court
           v.                       :
                                  :
                                  :
WALTER JOHN SARVIS,              :
                                  :
           Respondent          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.